JS-6

# United States District Court
# Central District of California

JAMES RUTHERFORD,

    Plaintiff,

    v.

TURBULENT ENTERPRISES LIMITED PARTNERSHIP,

    Defendant.

Case No. EDCV 20-1419 VAP (PVCx)

**DEFAULT JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Plaintiff James Rutherford and against Defendant Turbulent Enterprises Limited Partnership on Plaintiff's claim for violation of the Americans with Disabilities Act.

Pursuant to this Default Judgment, Defendant shall pay Plaintiff $1,897.50 in attorneys' fees and $469 in costs, plus post-judgment interest as provided by statute.

Additionally, Defendant is ordered to alter the parking facility at the public accommodation and business establishment located at 9550 Bolsa Avenue, Westminster,

CA 92683, in compliance with the Americans with Disabilities Act Accessibility Standards.

**IT IS SO ORDERED.**

Dated: 12/8/2020

Virginia A. Phillips
United States District Judge